OSCN Found Document:IN RE AMENDMENTS TO RULE 7.4 RULES GOVERNING DISCIPLINARY PROCEEDINGS

 

 
 

 
 IN RE AMENDMENTS TO RULE 7.4 RULES GOVERNING DISCIPLINARY PROCEEDINGS
2018 OK 49
Decided: 06/11/2018
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2018 OK 49, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

In re: Amendments to Rule 7.4, Rules Governing Disciplinary Proceedings, 5 O.S.2011, ch. 1, app. 1-A
ORDER
Rule 7.4 of the Rules Governing Disciplinary Proceedings, 5 O.S.2011, ch. 1, app. 1-A, is hereby amended as shown with the markup on the attached Exhibit "A." A clean copy of the new rule is attached as Exhibit "B." The amended rule is effective immediately.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE on June 11, 2018.
/s/VICE CHIEF JUSTICE 
Gurich, V.C.J., Kauger, Winchester, Edmondson, Reif, Wyrick, JJ., concur.
Combs, C.J., Colbert, Darby, JJ., dissent.

Exhibit "A"
Rules Governing Disciplinary Proceedings,
Chapter 1, App. 1-A
Rule 7. Summary Disciplinary Proceedings Before Supreme Court.
Â§7.4 Conviction Becoming Final Without Appeal
If the conviction becomes final without appeal, the General Counsel of the Oklahoma Bar Association shall inform the Chief Justice and the Court shall may order the lawyer, within such time as the Court shall fix in the order, to show cause in writing why a final order of discipline should not be made. The written return of the lawyer shall be verified and expressly state whether a hearing is desired. The lawyer may in the interest of explaining his conduct or by way of mitigating the discipline to be imposed upon him, submit a brief and/or any evidence tending to mitigate the severity of discipline. The General Counsel may respond by submission of a brief and/or any evidence supporting his the recommendation of discipline.

Exhibit "B"
Rules Governing Disciplinary Proceedings,
Chapter 1, App. 1-A
Rule 7. Summary Disciplinary Proceedings Before Supreme Court.
Â§7.4 Conviction Becoming Final Without Appeal
If the conviction becomes final without appeal, the General Counsel of the Oklahoma Bar Association shall inform the Chief Justice and the Court may order the lawyer, within such time as the Court shall fix in the order, to show cause in writing why a final order of discipline should not be made. The written return of the lawyer shall be verified and expressly state whether a hearing is desired. The lawyer may in the interest of explaining his conduct or by way of mitigating the discipline to be imposed upon him, submit a brief and/or any evidence tending to mitigate the severity of discipline. The General Counsel may respond by submission of a brief and/or any evidence supporting the recommendation of discipline.